**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDRICK MASON,
ADC #109138                                                                                          PLAINTIFF

v.                                    5:12-cv-00160-SWW-JTK

WENDY KELLY, et al.                                                                           DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Austin, Hobbs, Lay, Robertson, Day, and Kelly are DISMISSED from this action, for failure to state a claim.

IT IS SO ORDERED this 3rd day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE