### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

FREDRICK MASON,
ADC #109138                                                                                    PLAINTIFF

v.                              5:12-cv-00160-SWW-JTK

WENDY KELLY, et al.                                                                      DEFENDANTS

## ORDER

    Before the Court is plaintiff's motion for reconsideration. The motion [docket entry 11] is denied. Prior to adopting the findings and recommendations from United States Magistrate Judge Jerome T. Kearney, the Court considered plaintiff's objections which argued against dismissal of his claims against Wendy Kelly. The Court also conducted a *de novo* review of the record. The Court declines to reconsider the ruling. The claims against Wendy Kelly are dismissed.

    DATED this 24th day of July, 2012.


                                                                          /s/Susan Webber Wright
                                                                   UNITED STATES DISTRICT JUDGE