# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

FREDRICK MASON,
ADC #109138                                                    PLAINTIFF

V.                            5:12-cv-00160-SWW-JTK

WENDY KELLY, et al.                                           DEFENDANTS

## <u>ORDER</u>

The Court has received  proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that the Motion to Dismiss filed by Defendants Thomas, Collins and Patrick (Doc. No. 17) is GRANTED, and they are DISMISSED from this action, with prejudice.

IT IS FURTHER ORDERED that Defendant Cynthia Thompson is DISMISSED from this action, without prejudice, for failure to serve.

IT IS SO ORDERED this 12th day of October, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE