**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDRICK MASON,
ADC #109138                                                                                                  PLAINTIFF

V.                              5:12-cv-00160-SWW-JTK

WENDY KELLY, et al.                                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion to Dismiss filed by Defendants Thomas, Collins and Patrick (Doc. No. 17) is GRANTED, and they are DISMISSED from this action, with prejudice.

IT IS FURTHER ORDERED that Defendant Cynthia Thompson is DISMISSED from this action, without prejudice, for failure to serve.

IT IS SO ORDERED this 12th day of October, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE