**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDRICK MASON,
ADC #109138                                                                                                    PLAINTIFF

5:12CV00160-SWW-JTK

WENDY KELLY, et al.                                                                                    DEFENDANTS

**ORDER**

Defendant Thompson was dismissed from this action, without prejudice, for failure to serve on October 12, 2012 (Doc. No. 38). Defendants have now provided Thompson's last-known address by email for security purposes. This Court will direct that the email be filed under seal, and will direct the re-issuance of service on Defendant Thompson at the address noted in the email. If summons is returned, executed, with respect to Defendant Thompson, the Court will re-instate her as a Defendant. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' email shall be placed under seal in the Clerk's Office, and that the address set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the Defendant Cynthia Thompson, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 6) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 27th day of February, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE